| 15-256 | Wool v. Gilligan | Denied | 7/21/15 | Orig. Juris. | 119/1138 |
|---|---|---|---|---|---|
| 14-290 | State v. Allcock | Affirmed | 7/24/15 | Windham Crim. | 119/1138 |
| 14-344 | In re Babson | Affirmed | 7/24/15 | Benn. Civ. | 119/1138 |
| 14-401 | State v. Morabito | Affirmed | 7/24/15 | Benn. Crim. | 119/1138 |
| 14-404 14-405 | State v. Shannon | Affirmed | 7/24/15 | Essex Crim. | 119/1138 |
| 14-415 | State v. Benware | Affirmed | 7/24/15 | Orleans Crim. | 119/1138 |
| 14-444 | In re Guardianships of D.B., T.B. & B.B. | Affirmed | 7/24/15 | Windsor Civ. | 119/1138 |
| 15-050 | Carter v. Pallito | Affirmed | 7/24/15 | Wash. Civ. | 119/1138 |
| 15-074 | In re Yandow | Affirmed | 7/24/15 | Chit. Civ. | 119/1138 |
| 15-104 | In re B.H. | Affirmed | 7/24/15 | Orange Fam. | 119/1138 |
| 15-106 | State v. Durham | Dismissed | 7/24/15 | Benn. Crim. | 119/1138 |
| 15-124 | In re C.L. | Affirmed | 7/24/15 | Cal. Fam. | 119/1138 |
| 15-126 | In re S.K. | Remanded | 7/24/15 | Benn. Fam. | 119/1138 |
| 15-143 | In re B.R. | Affirmed | 7/24/15 | Frank. Fam. | 119/1138 |
| 15-155 | In re B.S. | Affirmed | 7/24/15 | Windham Fam. | 119/1138 |
| 15-245 | People's United Bank v. Cornish | Dismissed | 7/24/15 | Windham Civ. | 119/1138 |
| 14-294 | In re J.P. | Affirmed | 7/27/15 | Lam. Fam. | 119/1138 |
| 14-479 | Johnson v. Johnson | Reargument denied | 8/3/15 | Chit. Fam. | 121/696 |
| 15-048 | Hall v. Vinton | Reargument denied | 8/3/15 | Chit. Civ. | 121/696 |
| 15-251 | Office of Child Support v. Adams | Dismissed | 8/4/15 | Chit. Fam. | 121/696 |
| 15-245 | People's United Bank v. Cornish | Reconsideration denied | 8/11/15 | Windham Civ. | 121/696 |
| 14-238 | Shaw v. DOL | Affirmed | 8/12/15 | ESB | 121/696 |
| 14-333 | State v. Daignault | Affirmed | 8/12/15 | Essex Crim. | 121/696 |